JPML FORM 1A                    DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 360 -- IN RE GAS METER ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 9/5/78 | 1 | MOTION, BRIEF, SCHEDULE OF CASES AND CERT. OF SVC. -- The Singer Company. (ea) |
| | | SUGGESTED TRANSFEREE DISTRICT: E. D. PENNSYLVANIA |
| | | SUGGESTED TRANSFEREE JUDGE: (ea) |
| 9/12/78 | 2 | RESPONSE -- Sprague Meter Co. w/cert of svc. (ea) |
| 9/15/78 | | APPEARANCES -- Patrick T. Ryan, Esq. for The Singer Co. |
| | | Edward W. Mullinix, Esq. for Rockwell International Corporation |
| | | Henry P. Sailer, Esq. for Sprague Meter Div. of Textron, Inc. |
| | | Seymour Kurland, Esq. for Philadelphia Gas Works |
| | | Bernard M. Gross, Esq. for Pennsylvania Gas and Water Company |
| | | Richard J. Rappaport, Esq. for The Peoples Gas Light & Coke Co. and North Shore Gas Company. (ea) |
| 9/19/78 | | APPEARANCE -- David H. Marion, Esq. for Philadelphia Electric Company. (ea) |
| 9/19/78 | 3 | RESPONSE -- Rockwell International Corp. (ea) |
| 9/19/78 | 4 | RESPONSE AND JOINDER, AND MEMORANDUM OF LAW -- Plaintiffs Pennsylvania Gas and Water Co., Philadelphia Electric Co., and Philadelphia Gas Works. (ea) |
| 9/21/78 | 5 | RESPONSE -- Plaintiffs The Peoples Gas Light & Coke Co. and North Shore Gas Co. w/cert. of svc. (ea) |
| 10/6/78 | | HEARING ORDER -- Setting A-1 thru A-4 for hearing to be held in Jacksonville, Florida on 11/1/78. (emh) |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. 2

DOCKET NO. 360 -- In re Gas Meter Antitrust Litigation

| Date | Ref | Pleading Description |
|---|---|---|
| 10/16/78 | 6 | SUPPLEMENTAL RESPONSE -- Peoples Gas Light & Coke Co. and North Shore Gas Co. w/cert. of svc. (ea) |
| 10/25/78 | | HEARING APPEARANCES: PATRICK T. RYAN, ESQ. for The Singer Company; EDWARD W. MULLINIX, ESQ. for Rockwell International; SEYMOUR KURLAND, ESQ. for Philadelphia Gas Works; DAVID H. MARION, ESQ. for Philadelphia Electric Company; WARREN RUBIN, ESQ. for Pennsylvania Gas & Water Company; RICHARD J. RAPPAPORT, ESQ. for The Peoples Gas Light & Coke Company and North Shore Gas Company (cds) |
| 10/30/78 | 7 | SUPPLEMENTAL BRIEF -- The Singer Co. w/cert. of svc. (ea) |
| 1/9/79 | | CONSENT OF TRANSFEREE DISTRICT -- Assigning the Honorable Charles R. Weiner for Section 1407 proceedings (cds) |
| 1/9/79 | | OPINION AND ORDER Transferring A-4 to the Eastern District Pennsylvania for coordinated or consolidated pretrial proceedings with the action already pending there and assigning these actions to Hon. Charles R. Weiner -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |
| 1/23/79 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-5 Central Illinois Light Co. v. Rockwell International Corp., et al., N.D.Ill., #78C-4489 B-6 Commonwealth of Mass., et al. v. Rockwell International Corp., et al., D.Mass., # 78-3309-T Notified involved counsel and judges. (emh) |
| 2/1/79 | | APPEARANCE -- Edward J. Griffin, Esq. for Central Illinois Light Company. (ea) |
| 2/8/79 | | B-5 Central Illinois Light Co. v. Rockwell Inter'l Corp., et al., N.D. Ill., C.A. No. 78C-4489 B-6 Commonwealth of Mass., et al. v. Rockwell Inter'l Corp., et al., D. Mass., C.A. No. 78-3309-T CONDITIONAL TRANSFER ORDERS FINAL TODAY. Notified involved clerks and judges. (ea) |
| 2/14/79 | | B-7 Madison Gas & Electric Co. v. Rockwell Inter'l Corp., et al., W.D. Wisc., C.A.No. 79C47 CONDITIONAL TRANSFER ORDER FILED TODAY. Notified involved counsel and judges. (ea) |
| 3/2/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-7 Madison Gas and Electric Co. v. Rockwell International Corp., et al., W.D.Wisc., C.A.No. 79C47 NOTIFIED INVOLVED CLERKS AND JUDGES (emh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 360 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 3/16/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-8 Wisconsin Gas Co., et al. v. Rockwell Inter'l Corp., et al., E.D.Wisc., C.A.No. 79-C-129 NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh) |
| 4/3/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-8 Wisconsin Gas Co., et al. v. Rockwell, etc., E.D. Wisc. C.A. No. 79-C-129 -- Notified involved judges and clerks ~~Counsel~~ (cds) |
| 4/25/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-9 Wisconsin Power and Light Co. v. Rockwell International Corp., et al., W.D. Wisc., C.A. No. 79-C-119 -- NOTIFIED INVOVLED JUDGES AND COUNSEL (cds) |
| 5/11/79 | | CONDITIONAL TRANSFER ORDER final today. B-9 Wisc. Power and Light Co. v. Rockwell, et al.,W.D.Wisc.,C.A.No.79-C-119. Notified involved clerks and judges. (ea) |

DOCKET NO. 360 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Closed March 80

CAPTION: IN RE GAS METER ANTITRUST LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) 11/1/78

Consolidation Ordered 1/9/79      Consolidation Denied _____

Opinion and/or Order 1/9/79

Citation 464 F.Supp. 391

Transferee District Eastern District of Pennsylvania    Transferee Judge Honorable Charles R. Weiner

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Philadelphia Electric Co. v. Rockwell International Corp., et al. | E.D. Pa. Weiner | 78-488 | | | 2/29/80 | -all |
| A-2 | Philadelphia Gas Works v. Rockwell International Corp., et al. | E.D.Pa. Weiner | 78-631 | | | | |
| A-3 | Pennsylvania Gas and Water Co. v. Rockwell International Corp., et al. | E.D. Pa. Weiner | 78-2094 | | | | |
| A-4 | The Peoples Gas Light and Coke Co. v. J.AL. Rockwell International Corp., et al. | N.D. Ill. Flaum | 78C-3229 | 1/9/79 | 79-300 | | |
| B-5 | Central Illinois Light Co. v. Rockwell International Corp., et al. 1/23/79 | N.D.Ill. Flaum | 78C-4489 | 2/8/79 | 79-679 | | |
| B-6 | Commonwealth of Mass., et al. v. Rockwell International Corp., et al 1/23/79 | D. Mass. Tauro | 78-3309-T | 2/8/79 | 79-1296 | | |
| B-7 | Madison Gas and Electric Co. v. Rockwell International Corp., et al. | W.D.Wisc. Doyle | 79-C-47 | 3/2/79 | 79-896 | | |
| B-8 | Wisconsin Gas Company, et al. v. Rockwell International Corp., et al. 3/16/79 | E.D.Wisc Reynolds | 79-C-129 | 4/3/79 | 79-1520 | | |

FEB 14 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-9 | Wisconsin Power and Light Co. v. Rockwell International Corp., et al. 4/25/79 | W.D.Wisc. Doyle | 79-C-119 | 5/11/79 | 79-1800 | 2/20/8? | |

July 1979 — 4 TR; 3 X42 = 9 Pdg.

Closed Feb 1980

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 360 -- IN RE GAS METER ANTITRUST LITIGATION

THE SINGER COMPANY
Patrick T. Ryan, Esquire
Drinker, Biddle & Reath
1100 Philadelphia National
   Bank Building
Broad & Chestnut Streets
Philadelphia, Pennsylvania 19107

ROCKWELL INTERNATIONAL CORP.
Edward W. Mullinix, Esq.
Schnader, Harrison, Segal & Lewis
1719 Packard Building
Philadelphia, Pennsylvania 19102

SPRAGUE METER COMPANY (division of
  Textron, Inc.
Henry P. Sailer, Esq.
Covington & Burling
888 Sixteenth Street, N.W.
Washington, D.C. 20006

TEXTRON, INC.
Robert F. Ward, Esq.
Chadwell, Kayser, Ruggles, McGee &
  Hastings
8500 Sears Tower
233 S. Wacker Drive
Chicago, Ill. 60606

PHILADELPHIA ELECTRIC CO. (A-1)
David H. Marion, Esq.
Kohn, Savett, Marion
  & Graf, P.C.
1214 IVB Building
1700 Market Street
Philadelphia, Penn. 19103

PHILADELPHIA GAS WORKS (A-2)
Seymour Kurland, Esq.
Wolf, Block, Schorr
  and Solis-Cohen
12th Floor Packard Bldg.
Philadelphia, Penn. 19102

PENNSYLVANIA GAS AND WATER
  COMPANY (A-3)
Bernard M. Gross, Esq.
Gross & Sklar, P.C.
1630 Locust Street
Philadelphia, Penn. 19103

THE PEOPLES GAS LIGHT & COKE
  CO., ET AL. (A-4)
Richard J. Rappaport, Esq.
Ross, Hardies, O'Keefe,
  Babcock & Parsons
One IBM Plaza, Ste. 3100
Chicago, Ill. 60611

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2__

DOCKET NO. __360__ -- In re Gas Meter Antitrust Litigation

| | |
|---|---|
| CENTRAL ILLINOIS LIGHT COMPANY (B-5)<br>Edward J. Griffin, Esquire<br>Defrees & Fiske<br>72 W. Adams Street<br>Suite 1500<br>Chicago, Illinois 60603<br><br>COMMONWEALTH OF MASSACHUSETTS (B-6)<br>Steven J. Greenfogel<br>Assistant Attorney General<br>Antitrust Division<br>Public Protection Bureau<br>One Ashburton Place<br>Room 1902<br>Boston, Massachusetts 02108<br><br>MADISON GAS AND ELECTRIC CO. (B-7)<br>W. S. Stafford, Esq.<br>John A. Hansen, Esq.<br>Stafford, Rosenbaum, Rieser & Hansen<br>131 West Wilson St., Ste. 1200<br>Madison, Wisconsin 53703<br><br>David C. Mebane, Esq.<br>Corporate Attorney<br>Madison Gas and Electric Co.<br>P.O. Box 1231<br>Madison, Wisconsin 53701<br><br>COLUMBIA GAS OF OHIO, INC.<br>COLUMBIA GAS OF PENNSYLVANIA, INC.<br>COLUMBIA GAS OF WEST VIRGINIA, INC.<br>COLUMBIA GAS OF VIRGINIA, INC.<br>COLUMBIA GAS OF KENTUCKY, INC.<br>COLUMBIA GAS OF NEW YORK, INC.<br>COLUMBIA GAS OF MARYLAND, INC.<br>Andrew J. Sonderman, Esquire<br>99 North Front Street<br>Columbus, Ohio 43215<br><br>WISCONSIN GAS COMPANY (B-8)<br>David E. Beckwith, Esquire<br>Foley & Lardner<br>777 East Wisconsin Ave.<br>Milwaukee, Wisconsin 53202 | WISCONSIN POWER & LIGHT COMPANY (B-9)<br>Eugene O. Gehl, Esquire<br>Brynelson, Herrick, Gehl<br>  & Bucaida<br>P.O. Box 1767<br>122 W. Washington Ave.<br>Madison, Wisconsin 53701 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 360 -- IN RE GAS METER ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Rockwell Inter'l Corp. | A-1, A-2, A-3, A-4 B-5 B-6 B-7 B-8 B-9 |
| Sprague Meter Co. | A-2, A-3 B-8 |
| The Singer Company | A-1, A-2, A-3, A-4 B-5 B-6 B-7 B-8 B-9 |
| Textron, Inc. | A-4 B-5 B-6 B-7 B-9 |